IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:07 CR 0156 |
| Plaintiff, | ) | |
| | ) | JUDGE BOYKO |
| vs. | ) | |
| | ) | |
| KATHLEEN DESALVO | ) | **PROPOSED ORDER** |
| | ) | |
| Defendant. | ) | |

Upon the motion of the counsel of record Defendant Kathleen DeSalvo, the Motion for

Kathleen DeSalvo to Travel during the period August 30th through September 5, 2007 is hereby

granted, subject to further order in the event Defendant does not comply with dates and location of

the requested travel.

IT IS SO ORDERED.

_____8/23/07_____
DATE

_Christopher A. Boyko_
UNITED STATES DISTRICT JUDGE
HONORABLE CHRISTOPHER A. BOYKO

FILED

AUG 23 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

{00110705.DOC;1}