AO 245B (Rev. 6/05) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Northern District of Ohio

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | |
| KATHLEEN DeSALVO | Case Number: 1:07CR156 |
| | USM Number: 31197-160 |
| | VIRGINIA HEAREY |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): 1 of the Indictment.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1341 | Mail Fraud | 01/31/2007 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States Attorney of material changes in the defendant's economic circumstances.

AUGUST 21, 2007
Date of Imposition of Judgment

*Christopher A. Boyko*
Signature of Judicial Officer

FILED
SEP 05 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

CHRISTOPHER A. BOYKO, United States District Judge
Name & Title of Judicial Officer

September 5, 2007
Date

AO 245B (Rev. 6/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:07CR156 | Judgment - Page 2 of 6 |
| DEFENDANT: | KATHLEEN DeSALVO | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 51 MONTHS .

The defendant shall participate in the Bureau of Prison's Inmate Financial Responsibility Program. The defendant shall participate in a mental health evaluation and/or mental health counseling at the direction of the Bureau of Prisons.

[ ]     The court makes the following recommendations to the Bureau of Prisons:


[ ]     The defendant is remanded to the custody of the United States Marshal.


[ ]     The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.


[✔]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before 2:00 p.m. on _.
       [✔] as notified by the United States Marshal.but no sooner than August 30, 2007
       [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.


                                                               UNITED STATES MARSHAL

                                            By _____
                                                    Deputy U.S. Marshal

AO 245B (Rev. 6/05) Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 1:07CR156 | Judgment - Page 3 of 6 |
| DEFENDANT: | KATHLEEN DeSALVO | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 YEARS .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

[✓] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 6/05) Sheet 3 - Supervised Release

| | |
|---|---|
| CASE NUMBER: | 1:07CR156 |
| DEFENDANT: | KATHLEEN DeSALVO |

Judgment - Page 4 of 6

# SPECIAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall provide the probation officer access to all requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

The defendant shall participate in an outpatient mental health treatment program as directed by the probation officer. The defendant shall be screened and treated for depression.

AO 245B (Rev. 6/05) Sheet 5 - Criminal Monetary Penalties

CASE NUMBER: 1:07CR156          Judgment - Page 5 of 6
DEFENDANT: KATHLEEN DeSALVO

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ WAIVED | $ 3,450,000 |

[ ] The determination of restitution is deferred until _. An amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[✔] The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| VICTIMS (List Attached) | $3,450,000 | $3,450,000 | 100% |
| TOTALS: | $ 3,450,000 | $3,450,000 | $ $3,450,000 |

[ ] Restitution amount ordered pursuant to plea agreement $____

[ ] The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[✔] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the    [] fine    [✔] restitution.

    [ ] The interest requirement for the    [] fine    [] restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Andover at Waterbury Homeowners Association
P. O. Box 39149
North Ridgeville, Ohio 44039
$3,499.01

Cambridge Village Condominium Association - Carlyle Management
28001 Chagrin Blvd.
Cleveland, Ohio 44122-4543
$177,650

Clubside Manor Condominium Association
R. N. Landis Management Company
6555 Wilson Mills Rd. #101
Mayfield Village, Ohio 44143
$109,310

Quail Point Condominium Association
6319 Glenwood Dr.
Mentor, Ohio 44060
$60,000

RE: DESALVO, Kathleen

Clarkwood Condominium No. 2
3659 S. Green Rd., Ste. 100
Beachwood, Ohio 44122
$19,142, plus interest

Villas on Troubadour Homeowners
Association
9821 Olde Eight Rd., Ste. C
Northfield, Ohio 44067
$75,936.48

Clarkwood Townhouse # 4
Management One
24400 Highland Rd., Ste. 67
Richmond Heights, Ohio 44143
$14,311.74

Auburn Crossing Condominium Owners
157 Chadwick Ct.
Auburn Township, Ohio 44023

Bayridge Condominium Association
30225 Fern Dr.
Willowick, Ohio 44095

Bel Acre Condominium Association
7647 Ellington Pl.
Mentor, Ohio 44060

Benton Village Condominium
Association
313 E. 235th St.
Euclid, Ohio 44123

Berkshire Condominium Association
11820 Edgewater Dr., # 404
Lakewood, Ohio 44107

Bliss Wood Village Homeowners
22651-G Fox Ave.
Euclid, Ohio 44123

Bridgewater Village Condominium
Association
118 Chimney Ridge Lane
Chardon, Ohio 44024
($107,676.90)

Butternut Grove/Five-Point
Development
25700 Science Park Dr., Ste. 270
Beachwood, Ohio 44122

Canturbury Crossing Condominium Unit
Owners
5234 Queen Anne Way
Painesville, Ohio 44077

Clarkwood Condominium Association, #3
4490 Granada Blvd., # 1
Warrensville Heights, Ohio 44128

Clarkwood Townhouse Condominium, #1
4500 Granada Blvd., # 14
Warrensville Heights, Ohio 44128

Congress Square II Condominium
Association
5300 Riverside Dr.
P.O. Box 81009
Cleveland, Ohio 44181

Courtyards of New Hampton Association
1348 Durham Dr.
Broadview Heights, Ohio 44147
$275,562.24

7

RE: DESALVO, Kathleen

Deepwood Condominium Association
8276 Deepwood Blvd., Unit # 6
Mentor, Ohio 44060
$94,400 ($106,500)

Eagle's Club at Quail Hollow
Condominium Owners
7824 Rock Dove Lane
Concord Township, Ohio 44077
$99,527.45

Easton Creek Condominium
Association/
River Oaks Homes
P.O. Box 754
Painesville, Ohio 44077

Fiddler's Creek Condominium Unit Owners
700 Fiddler's Creek Dr.
Painesville, Ohio 44077

Fox Hollow at Woodhawk
Condominium Association
180 Fox Hollow Dr., # 311
Mayfield Heights, Ohio 44124

Golden Gate Villa Condominium
Association
1414 Golden Gate Blvd., A-102
Mayfield Heights, Ohio 44124

Greenbriar Commons Condominium
Association
508 Trevitt Circle North
Euclid, Ohio 44143

Grove Court Condominium Association
1900 Grove Ct., Ste. 118
Cleveland, Ohio 44113

Hampton Bay Condominium Association
7078 Rushmore Way
Concord, Ohio 44077
$95,330.37

High Point of Geauga Condominium
Association
15056 Primrose Lane
Middlefield, Ohio 44062

Kenilworth Gardens Condominium
Association
2395 Euclid Heights Blvd., # 5
Cleveland Heights, Ohio 44106

Kilroy Point Condominium Association
P.O. Box 949
Chardon, Ohio 44024

Lake House
11850 Edgewater Dr.
Lakewood, Ohio 44107

Lake Hearst Homeowners
155 Lake Hearst Dr.
Bratenahl, Ohio 44108

Loreto Landing
34600 Chardon Rd.
Willoughby Hills, Ohio 44094
$10,359.56

Mallard Bay Condominium Association
3950 Mallard Bay
Perry Village, Ohio 44081
$13,000 ($15,700)

8

**RE: DESALVO, Kathleen**

Mainer's Point Condominium
Association
34731 Summerset Dr.
Solon, Ohio 44139
$197,072.42

Nautical Ridge Condominium
Association/River Oak Homes
P.O. Box 754
Painesville, Ohio 44077

Knob Hill Condominium Unit Owners
Association
6000 Knob Hill Dr., # 101
Chagrin Falls, Ohio 44023

Riverbend Condominium Owners
1444 W. 10th St., Ste. 508
Cleveland, Ohio 44113
$80,000

Sandy Point Condominium Owners
6724 Bayside Dr.
Madison, Ohio 44057
$1,230.53

Stratford Village Neighborhood
Association
240 Lexington Circle
Broadview Heights, Ohio 44147

Terrace Commons Condominium
Owners
7305 Scottsdale Circle
Mentor, Ohio 44060

The Landing at Dougan
3948 Dougan's Landing
Perry, Ohio 44081

Meadow Lakes Homeowners Association
37000 Center Ridge Rd.
North Ridgeville, Ohio 44039

New Hampton Homeowners
2170 Fordum Lane
Broadview Heights, Ohio 44147

Pembrook Place Homeowners
14300 Ridge Rd., # 100
North Royalton, Ohio 44133

Sandstone Ridge Homeowners
31388 Industrial Parkway
North Olmsted, Ohio 44070

Southwood Estates Condominium
Association
3155 Lost Nation Rd., Unit C
Willoughby, Ohio 44094
$2,835.25

Sunrise Cove II Condominium Association
9820 Cove Dr., G-28
North Royalton, Ohio 44133

The Brooks/B.R. Knez Constructions, Inc.
3375 Blackmore Rd.
Perry, Ohio 44081

Thousand Oaks Estates Homeowners
Association
9191 Lancewood Dr.
Macedonia, Ohio 44056

9

RE:  DESALVO, Kathleen

Tinkers Green Homeowners
Association/Five-Point Development
25700 Science Park Dr., Ste. 270
Beachwood, Ohio 44122

Twin Oaks Homeowners
2968 Trisch Circle
Twinsburg, Ohio 44087

Villas's at Mentor on the Lake
Condominium Association
8050 Harbor Creek Dr., # 2703
Mentor-on-the-Lake, Ohio 44060

Wellesley Chase Homeowners
8321 Hemmingway Lane
Concord Township, Ohio 44024

Westbury Place Homeowners
5107 Wakerly Dr.
Brunswick Hills, Ohio 44212
$17,809.34

Westwood Village Condominium
Association
762 Mentor Ave., # 21
Painesville, Ohio 44077

Wildwood Condominium
Association/B.R. Knez Construction, Inc.
3375 Blackmore Rd.
Perry, Ohio 44081

Woodsedge Condominium Association
17427 Beech Grove Trail
Chagrin Falls, Ohio 44023
$78,545

RE: DESALVO, Kathleen

| | |
|---|---|
| Tinkers Green Homeowners Association/Five-Point Development 25700 Science Park Dr., Ste. 270 Beachwood, Ohio 44122 | Twin Oaks Homeowners 2968 Trisch Circle Twinsburg, Ohio 44087 |
| Villas's at Mentor on the Lake Condominium Association 8050 Harbor Creek Dr., # 2703 Mentor-on-the-Lake, Ohio 44060 | Wellesley Chase Homeowners 8321 Hemmingway Lane Concord Township, Ohio 44024 |
| Westbury Place Homeowners 5107 Wakerly Dr. Brunswick Hills, Ohio 44212 $17,809.34 | Westwood Village Condominium Association 762 Mentor Ave., # 21 Painesville, Ohio 44077 |
| Wildwood Condominium Association/B.R. Knez Construction, Inc. 3375 Blackmore Rd. Perry, Ohio 44081 | Woodsedge Condominium Association 17427 Beech Grove Trail Chagrin Falls, Ohio 44023 $78,545 |